UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-00955      Date: June 24, 2025

Title: *Julio Cruz v. Sanjeev Balsara, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE PROOF OF SERVICE**

On May 6, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) A Summons and a Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued on May 9, 2025. (Dkt. Nos. 5, 6.) The deadline for Plaintiff to serve the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent upon Defendant Sanjeev Balsara was June 14, 2025. Fed. R. of Civ. Proc. 4; C.D. Cal. L. R. 73-2. Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service. C.D. Cal. L. R. 4-6. To date, Plaintiff has not filed a proof of service upon Defendant Sanjeev Balsara.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendant Sanjeev Balsara should not be dismissed from the case for Plaintiff's failure to file proof of service and to follow court orders. Plaintiff must either (1) file a proof of service as to each Defendant, or (2) file a written response. Plaintiffs' response must be filed by no later than **July 8, 2025**.

Plaintiff is expressly warned that failure to file a proof of service may result in dismissal of Defendant Sanjeev Balsara from the case.

**IT IS SO ORDERED.**

Initials of Clerk kh